# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IAS SERVICES GROUP, LLC, § | |
|     *Plaintiff/Counter-Defendant*, § | |
| § | |
| v. § | |
| § | Civil Action No. 5:14-cv-180-FB |
| JIM BUCKLEY & ASSOCIATES, INC.; § | |
| JAMES BUCKLEY, Individually and as § | |
| Co-Trustee of the Buckley Family § | |
| Trust dated 06/21/2014, and BARBARA § | |
| BUCKLEY, Individually and as Co-Trustee § | |
| of the Buckley Family Trust dated 06/21/2014, § | |
|     *Defendants/Counter-Plaintiffs*. § | |

## JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE COURT:

Plaintiff/Counter-Defendant IAS Services Group, LLP ("**IAS**") and the Defendants/Counter-Plaintiffs (the "**JBA Parties**") file this Joint Report on Alternative Dispute Resolution pursuant to Local Rule CV-88 and the Court's Scheduling Order Following Remand, and would respectfully show the following:

1. The parties are engaging in on-going settlement negotiations and believe that alternative dispute resolution is appropriate in this case. The person responsible for settlement negotiations on behalf of IAS is its CEO Larry Cochran, along with counsel. The person responsible for settlement negotiations on behalf of the JBA Parties is Jim Buckley, along with counsel.

2. The parties have agreed to conduct a mediation in San Antonio, Texas on March 28, 2019, with Mediator Don Philbin. The parties are splitting the cost of Mr. Philbin's services. Both Mr. Cochran and Mr. Buckley plan to attend this mediation in person.

3. In addition, the parties will exchange written settlement offers and responses, as required by the Court's Scheduling Order Following Remand.

Dated: March 15, 2019                                       Respectfully submitted,


By: _____*s/ Jay Hulings*_____
    Jason M. Davis
    State Bar No. 00793592
    Email: jdavis@dslawpc.com
    Jay Hulings
    State Bar No. 24104573
    Email: jhulings@dslawpc.com
    **DAVIS & SANTOS, P.C.**
    719 S. Flores Street
    San Antonio, Texas 78204
    Tel: (210) 853-5582
    Fax: (210) 200-8395

    ***Counsel for Plaintiff and Counter-Defendant IAS Services Group, LLC***


By: ____*s/ Leslie R. Robnett*_____
    Anthony Lawrence Cannon
    (Admitted Pro Hac Vice)
    Email: tcannon@cannonnelms.com
    **CANNON & NELMS, P.C.**
    160 S. Old Springs Road, Suite 200
    Anaheim, CA 92808
    Tel.: (714) 637-4400
    Fax: (714) 637-4444

    Leslie R. Robnett
    State Bar No. 24065986
    Email: leslie.robnett@kellyhart.com
    **KELLY HART & HALLMAN LLP**
    201 Main Street, Suite 2500
    Fort Worth, Texas 76102
    Tel.: (817) 332-2500
    Fax: (817) 878-9280

*Attorneys for Defendants and Counter-Plaintiffs JBA Parties*